# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

EILEEN DOMENECH,

     Plaintiff,

v.                                      Case No: 8:13-cv-804-T-30EAJ

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

     Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal With Prejudice (Dkt. #10).

Upon review and consideration, it is

     **ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

     **DONE** and **ORDERED** in Tampa, Florida, this 5th day of August, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-804 dismiss 10.docx